# MEMORANDUM

**DATE**:          June 15, 2011

**TO**:             File 10-cv-00871-CMA

**FROM**:        Judge Arguello

**CASE NAME**:   *McDonald v. Astrue*

      Plaintiff may proceed in forma pauperis on appeal.

 

_____
CHRISTINE M. ARGUELLO
United States District Judge